# EXHIBIT 2

# CERTIFICATION OF NAMED PLAINTIFF
# PURSUANT TO FEDERAL SECURITIES LAWS

Mario Bulding declares as follows:

1. I am the Fund Administrator for Teamsters Local 282 Trust Funds ("plaintiff"). As such, I am authorized to make this certification on plaintiff's behalf.

2. I have reviewed the complaint filed against Fitbit Inc. ("FIT"), and have authorized the filing of a similar complaint on plaintiff's behalf. Plaintiff retains Kirby McInerney LLP, and such co-counsel as it deems appropriate to associate with, to pursue such action on a contingent fee basis.

3. Plaintiff did not purchase FIT securities at the direction of plaintiffs' counsel or in order to participate in this private action.

4. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. Plaintiff's transactions in FIT securities during the class period, as set forth in the complaint are set forth below on the attached Schedule A.

6. During the three years prior to the date of this certification, plaintiff has not served or sought to serve as a representative party for a class in any action filed under the federal securities laws.

7. Plaintiff will not accept payment for serving as a representative party on behalf of the class beyond plaintiff's pro rata share of any class recovery, except as ordered/ approved by the Court.

this 23 day of February, 2016.

_____
Mario Bulding

# SCHEDULE A

Transactions of Plaintiff in Fitbit, Inc.:

| Date | Purchase/Sale | No. of Shares | Price Per Share |
|---|---|---:|---:|
| 7/1/2015 | Purchase | 36 | $39.49 |
| 7/1/2015 | Purchase | 776 | $39.24 |
| 7/1/2015 | Purchase | 2,963.00 | $41.35 |
| 7/1/2015 | Purchase | 353 | $38.77 |
| 7/1/2015 | Purchase | 2,386.00 | $41.01 |
| 7/1/2015 | Purchase | 65 | $39.87 |
| 7/2/2015 | Purchase | 521 | $41.76 |
| 7/2/2015 | Purchase | 2,728.00 | $41.92 |
| 7/6/2015 | Purchase | 2,132.00 | $41.60 |
| 7/16/2015 | Purchase | 2,380.00 | $47.41 |
| 7/17/2015 | Purchase | 2,004.00 | $46.85 |
| 7/20/2015 | Purchase | 906 | $45.28 |
| 7/24/2015 | Purchase | 1,253.00 | $45.53 |
| 7/27/2015 | Purchase | 570 | $44.57 |
| 7/27/2015 | Purchase | 407 | $44.74 |
| 7/27/2015 | Purchase | 3,018.00 | $43.25 |
| 7/28/2015 | Purchase | 290 | $43.98 |
| 7/28/2015 | Purchase | 515 | $43.76 |
| 9/16/2015 | Purchase | 1,206.00 | $37.04 |
| 9/16/2015 | Purchase | 95 | $34.90 |
| 9/16/2015 | Purchase | 871 | $36.25 |
| 9/17/2015 | Purchase | 4,026.00 | $39.71 |
| 9/17/2015 | Purchase | 704 | $40.00 |
| 11/13/2015 | Purchase | 1,484.00 | $27.24 |
| 11/13/2015 | purchase | 1,233.00 | $27.21 |
| 11/13/2015 | Purchase | 33 | $27.17 |
| 11/16/2015 | Purchase | 1,076.00 | $28.41 |
| 11/16/2015 | Purchase | 1,145.00 | $28.45 |
| 11/16/2015 | Purchase | 132 | $28.65 |
| 11/17/2015 | Purchase | 1,901.00 | $28.71 |
| 11/17/2015 | Purchase | 2,048.00 | $29.51 |
| 11/18/2015 | Purchase | 406 | $28.37 |
| 11/18/2015 | Purchase | 3,133.00 | $28.32 |
| 11/18/2015 | Purchase | 2 | $28.15 |