# EXHIBIT 3

Case 3:16-cv-00151-SI   Document 23-3   Filed 03/11/16   Page 1 of 8

| Local 282: Damages Summary in Fitbit Inc. Class Period: June 18, 2015 to January 6, 2016 | | |
|---|---|---|
| Damages: Non-Dura | Damages: Dura | Damages: § 11(e) Statutory |
| $1,036,145 | $67,281 | $55,267 |
| See page 2 | See page 4 | See page 6 |

| Summary of Local 282 Transactions: | |
|---|---|
| Class Period Purchases | 48,058 |
| Purchase Expenditures | $1,789,803 |
| Class Period Sales | 0 |
| Class Period Sale Proceeds | $0 |

1

| Local 282: Damages Non-Dura Summary in Fitbit Inc. Class Period: June 18, 2015 to January 6, 2016 |||||||
|---|---|---|---|---|---|---|
| Class Period Purchases | Purchase Expenditures | Class Period Sales | Class Period Proceeds | Shares Retained | Value of Retained Shares* | Damages |
| 48,058 | $1,789,803 | 0 | $0 | 48,058 | $753,659 | $1,036,145 |

* Pursuant to 15 U.S.C. § 78u-4, shares held 90 days following the end of the Class Period are valued at the average closing price during the 90 days following the close of the class period. As 90 days have not yet passed, the shares were valued at the average closing price between January 7, 2016 and March 10, 2016  -- $15.68.

* Distinctions between FIFO / LIFO matching of sales to purchases are not relevant to calculations because the class period begins with Fitbit's IPO. Therefore none of the movants have pre-class period holdings.

* Non-Dura Damages are calculated by calculating the class period expenditures and subtracting the class period sales (not applicable to this movant), post class period sales (also not applicable to this movant) and the PSLRA average value of retained shares.
Shares sold in the 90 days after the class period are valued at the higher of the
sale price and and the average closing price from the end of the class period through the
sale date. Local 282 has no such sales to date.


Opening Shares: 0

### Non-Dura Calculations

| Date | Type | Quantity | Price |
|---|---|---|---|
| 07/01/15 | Buy | 36 | $39.49 |
| 07/01/15 | Buy | 776 | $39.24 |
| 07/01/15 | Buy | 2,963 | $41.35 |
| 07/01/15 | Buy | 353 | $38.77 |
| 07/01/15 | Buy | 2,386 | $41.01 |
| 07/01/15 | Buy | 65 | $39.87 |
| 07/02/15 | Buy | 521 | $41.76 |
| 07/02/15 | Buy | 2,728 | $41.92 |
| 07/06/15 | Buy | 2,132 | $41.60 |
| 07/16/15 | Buy | 2,380 | $47.41 |
| 07/17/15 | Buy | 2,004 | $46.85 |
| 07/20/15 | Buy | 906 | $45.28 |
| 07/24/15 | Buy | 1,253 | $45.53 |
| 07/27/15 | Buy | 570 | $44.57 |
| 07/27/15 | Buy | 407 | $44.74 |
| 07/27/15 | Buy | 3,018 | $43.25 |
| 07/28/15 | Buy | 290 | $43.98 |

| | | | |
|---|---|---|---|
| 07/28/15 | Buy | 515 | $43.76 |
| 09/16/15 | Buy | 1,206 | $37.04 |
| 09/16/15 | Buy | 95 | $34.90 |
| 09/16/15 | Buy | 871 | $36.25 |
| 09/17/15 | Buy | 4,026 | $39.71 |
| 09/17/15 | Buy | 704 | $40.00 |
| 11/13/15 | Buy | 1,484 | $27.24 |
| 11/13/15 | Buy | 1,233 | $27.21 |
| 11/13/15 | Buy | 33 | $27.17 |
| 11/16/15 | Buy | 1,076 | $28.41 |
| 11/16/15 | Buy | 1,145 | $28.45 |
| 11/16/15 | Buy | 132 | $28.65 |
| 11/17/15 | Buy | 1,901 | $28.71 |
| 11/17/15 | Buy | 2,048 | $29.51 |
| 11/18/15 | Buy | 406 | $28.37 |
| 11/18/15 | Buy | 3,133 | $28.32 |
| 11/18/15 | Buy | 2 | $28.15 |
| 01/05/16 | Buy | 5,260 | $29.95 |

| | |
|---|---|
| Shares Purchased | 48,058 |
| Expenditures | $1,789,803 |
| | |
| Shares Sold in Class | 0 |
| Proceeds | $0 |
| | |
| Shares Sold in 90 day | 0 |
| Proceeds in 90 day | $0 |
| | |
| Retained Shares | 48,058 |
| *Value of Retained Shares | $753,659 |

| | |
|---|---|
| Expenditures on shares purchased | $1,789,803 |
| minus Proceeds from shares purchased and sold in Class Period | $0 |
| minus Proceeds from shares purchased and sold in 90 day | $0 |
| minus Value of shares retained | $753,659 |
| ***Damages*** | **-$1,036,145** |

3

| Local 282: Dura Damages Summary in Fitbit Inc. Class Period: June 18, 2015 to January 6, 2016 ||
|---|---|
| **Shares Retained through Corrective Disclosure** | **Damages from Corrective Disclosure** |
| 48,058 | $67,281 |

\* The complaint alleges a corrective disclosure on January 6, 2016, on which date Fitbit's stock price declined from $24.30 to $22.90.
\* Dura Damages were calculated by taking the lower of the purchase price and the closing price immediately before the corrective disclosure ($24.30), and subtracting the the higher of the sale price (not applicable to this movant) and the closing price immediately following the corrective disclosure ($22.90).

### Dura Calculations

| Shares Held through 01/06/2016 ||||
|---|---|---|---|
| **Date** | **Quantity** | **Purchase Price** | **Per Share Dura Damages** |
| 07/01/15 | 36 | $39.49 | $1.40 |
| 07/01/15 | 776 | $39.24 | $1.40 |
| 07/01/15 | 2,963 | $41.35 | $1.40 |
| 07/01/15 | 353 | $38.77 | $1.40 |
| 07/01/15 | 2,386 | $41.01 | $1.40 |
| 07/01/15 | 65 | $39.87 | $1.40 |
| 07/02/15 | 521 | $41.76 | $1.40 |
| 07/02/15 | 2,728 | $41.92 | $1.40 |
| 07/06/15 | 2,132 | $41.60 | $1.40 |
| 07/16/15 | 2,380 | $47.41 | $1.40 |
| 07/17/15 | 2,004 | $46.85 | $1.40 |
| 07/20/15 | 906 | $45.28 | $1.40 |
| 07/24/15 | 1,253 | $45.53 | $1.40 |
| 07/27/15 | 570 | $44.57 | $1.40 |
| 07/27/15 | 407 | $44.74 | $1.40 |
| 07/27/15 | 3,018 | $43.25 | $1.40 |
| 07/28/15 | 290 | $43.98 | $1.40 |
| 07/28/15 | 515 | $43.76 | $1.40 |
| 09/16/15 | 1,206 | $37.04 | $1.40 |
| 09/16/15 | 95 | $34.90 | $1.40 |
| 09/16/15 | 871 | $36.25 | $1.40 |
| 09/17/15 | 4,026 | $39.71 | $1.40 |
| 09/17/15 | 704 | $40.00 | $1.40 |
| 11/13/15 | 1,484 | $27.24 | $1.40 |
| 11/13/15 | 1,233 | $27.21 | $1.40 |

| | | | |
|---|---:|---|---|
| 11/13/15 | 33 | $27.17 | $1.40 |
| 11/16/15 | 1,076 | $28.41 | $1.40 |
| 11/16/15 | 1,145 | $28.45 | $1.40 |
| 11/16/15 | 132 | $28.65 | $1.40 |
| 11/17/15 | 1,901 | $28.71 | $1.40 |
| 11/17/15 | 2,048 | $29.51 | $1.40 |
| 11/18/15 | 406 | $28.37 | $1.40 |
| 11/18/15 | 3,133 | $28.32 | $1.40 |
| 11/18/15 | 2 | $28.15 | $1.40 |
| 01/05/16 | 5,260 | $29.95 | $1.40 |

Shares Retained through Disclosure     48,058     Dura Damages     $67,281

5

| Local 282: § 11(e) Damages Summary in Fitbit Inc. Class Period: June 18, 2015 to January 6, 2016 ||
|---|---|
| **Shares Retained through filing date** | **Statutory Damages from Corrective Disclosure** |
| 48,058 | $55,267 |

\* Damages pursuant to § 11(e) of the 33 Act were calculated for shares retained through the Corrective Disclosure that were purchased in or traceable to the IPO by subtracting the higher of the closing price the date the suit was filed ($18.85 on January 11, 2015) and the sale price (not applicable to this movant) from the lower of the purchase price and the IPO price ($20.00).
\* Note that recovery is not available for shares sold prior to correction of the alleged misrepresentation.

### § 11(e) Statuatory Damages

| Shares Held through 01/06/2016 ||||
|---|---|---|---|
| Date | Quantity | Purchase Price | Per-Share § 11(e) Damages |
| 07/01/15 | 36 | $39.49 | $1.15 |
| 07/01/15 | 776 | $39.24 | $1.15 |
| 07/01/15 | 2,963 | $41.35 | $1.15 |
| 07/01/15 | 353 | $38.77 | $1.15 |
| 07/01/15 | 2,386 | $41.01 | $1.15 |
| 07/01/15 | 65 | $39.87 | $1.15 |
| 07/02/15 | 521 | $41.76 | $1.15 |
| 07/02/15 | 2,728 | $41.92 | $1.15 |
| 07/06/15 | 2,132 | $41.60 | $1.15 |
| 07/16/15 | 2,380 | $47.41 | $1.15 |
| 07/17/15 | 2,004 | $46.85 | $1.15 |
| 07/20/15 | 906 | $45.28 | $1.15 |
| 07/24/15 | 1,253 | $45.53 | $1.15 |
| 07/27/15 | 570 | $44.57 | $1.15 |
| 07/27/15 | 407 | $44.74 | $1.15 |
| 07/27/15 | 3,018 | $43.25 | $1.15 |
| 07/28/15 | 290 | $43.98 | $1.15 |
| 07/28/15 | 515 | $43.76 | $1.15 |
| 09/16/15 | 1,206 | $37.04 | $1.15 |
| 09/16/15 | 95 | $34.90 | $1.15 |

| | | | |
|---|---|---|---|
| 09/16/15 | 871 | $36.25 | $1.15 |
| 09/17/15 | 4,026 | $39.71 | $1.15 |
| 09/17/15 | 704 | $40.00 | $1.15 |
| 11/13/15 | 1,484 | $27.24 | $1.15 |
| 11/13/15 | 1,233 | $27.21 | $1.15 |
| 11/13/15 | 33 | $27.17 | $1.15 |
| 11/16/15 | 1,076 | $28.41 | $1.15 |
| 11/16/15 | 1,145 | $28.45 | $1.15 |
| 11/16/15 | 132 | $28.65 | $1.15 |
| 11/17/15 | 1,901 | $28.71 | $1.15 |
| 11/17/15 | 2,048 | $29.51 | $1.15 |
| 11/18/15 | 406 | $28.37 | $1.15 |
| 11/18/15 | 3,133 | $28.32 | $1.15 |
| 11/18/15 | 2 | $28.15 | $1.15 |
| 01/05/16 | 5,260 | $29.95 | $1.15 |

| | | | |
|---|---|---|---|
| Shares Retained through the filing date | 48,058 | § 11(e) Damages | $55,267 |