**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:    (818) 532-6499
E-mail: jpafiti@pomlaw.com

*Counsel for Plaintiff*

[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN H. ROBB, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>FITBIT INC., JAMES PARK, and WILLIAM R. ZERELLA,<br><br>  Defendants. | No. 3:16-cv-00151-SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING APRIL 15, 2016 CASE MANAGEMENT CONFERENCE**<br><br>JUDGE:  Hon. Susan Illston<br>DATE:   April 15, 2016<br>TIME:   2:30 PM<br>CTRM:   1 – 17th Floor |

{00199016;1}   STIP AND [PROP.] ORDER CONTINUING APRIL 15, 2016 CMC
No. 3:16-cv-00151-SI

1

1  Pursuant to Civil Local Rule 7-12, Defendants Fitbit Inc., James Park, and William R.
2  Zerella ("Defendants") and Plaintiff Brian H. Robb ("Plaintiff" and collectively, with Defendants,
3  the "Parties"), by and through their undersigned counsel of record, submit the following
4  stipulation and proposed order:

WHEREAS, Defendants waived service of the Summons and Complaint in this action on April 5, 2016;

WHEREAS, as a federal securities class action governed by the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.* ("PSLRA"), this Action is subject to a mandatory stay of all discovery and other proceedings pending determination of any motion to dismiss;

WHEREAS, competing motions for appointment as Lead Plaintiff and approval of Lead Counsel for the putative Class in this action pursuant to the PSLRA were filed on March 11, 2016 and are currently pending before the Court;

WHEREAS, the Court has scheduled a Case Management Conference ("CMC") in this Action for April 15, 2016 at 2:30 p.m. (Dkt. No. 5);

WHEREAS, the Parties believe it would save judicial and Party resources if the Case Management Conference ("CMC") is deferred until after this Court has appointed a Lead Plaintiff and approved Lead Plaintiff's selection of Lead Counsel for the Class and after an Amended Complaint, if any, has been filed by Lead Plaintiff;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties that:

1. The April 15, 2016 CMC shall be rescheduled to June 3, 2016, at 2:30 p.m., or such subsequent date that is convenient for the Court.

| | |
|---|---|
| Dated: April 12, 2016 | **POMERANTZ LLP** |
| | */s/ J. Alexander Hood II* |
| | Jeremy A. Lieberman (*Pro Hac Vice*) |
| | J. Alexander Hood II (*Pro Hac Vice*) |
| | Marc C. Gorrie |
| | 600 Third Avenue, 20th Floor |
| | New York, New York 10016 |
| | Telephone: 212-661-1100 |
| | Facsimile: 212-661-8665 |

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:    (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile: 312-377-1184

*Counsel for Plaintiff*


**MORRISON & FOERSTER LLP**

*/s/ Ryan M. Keats*
Jordan Eth
Anna Erickson White
Ryan M. Keats
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522

*Counsel for Defendants*
FITBIT INC., JAMES PARK,
and WILLIAM R. ZERELLA

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

   1.   The April 15, 2016 CMC shall be rescheduled to  June 10 , 2016, at 2:30 p.m.

DATED:  4/13/16

_____
Honorable Judge Susan Illston

{00199016;1 }   STIP AND [PROP.] ORDER CONTINUING APRIL 15, 2016 CMC
No. 3:16-cv-00151-SI

4

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/      J. Alexander Hood II*
J. Alexander Hood II

{00199016;1 }