UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN H. ROBB,

    Plaintiff,

    v.

FITBIT INC., et al.,

    Defendants.

Case No. 16-cv-00151-SI

**ORDER TO FILE SUPPLEMENTAL DECLARATIONS**

Now before the Court are several competing motions for appointment as lead plaintiff in this securities class action. This matter came on for hearing on April 15, 2016. At the hearing, counsel for Fitbit Investor Group, one of the movants for lead plaintiff, provided information about the group's members that has bearing on the group's adequacy and typicality. Finding that this information should be submitted under oath, the Court hereby ORDERS that the members of Fitbit Investor Group file declarations, signed under penalty of perjury. These declarations shall describe, among other things: who the member is, where he or she lives, what he or she does for a living, what his or her investment experience is, and how he or she came to be a member of the Fitbit Investor Group. Fitbit Investor Group shall file the declarations **no later than April 22, 2016.**

**IT IS SO ORDERED**.

Dated: April 15, 2016

SUSAN ILLSTON
United States District Judge