# EXHIBIT B

1  Lionel Z. Glancy (SBN #134180)
   Robert V. Prongay (SBN #270796)
2  Casey E. Sadler (SBN #274241)
   Lesley F. Portnoy (SBN #304851)
3  Leanne H. Solish (SBN #280297)
   **GLANCY PRONGAY & MURRAY LLP**
4  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
5  Telephone: (310) 201-9150
   Facsimile:  (310) 201-9160
6  Email: rprongay@glancylaw.com

7  *Proposed Co-Lead Counsel for Movant and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| BRIAN H. ROBB, Individually and on Behalf of All Others Similarly Situated, | ) Case No. 3:16-cv-00151-SI |
|---|---|
| Plaintiff, | ) **SUPPLEMENTAL DECLARATION OF TIMOTHY FLYNN IN SUPPORT OF FITBIT INVESTOR GROUP'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| v. | |
| FITBIT INC., JAMES PARK, and WILLIAM R. ZERELLA, | |
| Defendants. | ) **CLASS ACTION** |

I, Timothy Flynn, pursuant to 28 U.S.C. §1746, declare as follows:

1. I respectfully submit this supplemental declaration in further support of the Fitbit Investor Group's motion for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and for approval of our selection of Glancy Prongay & Murray LLP and Pomerantz LLP to serve as Co-Lead Counsel. I have personal knowledge of the matters set forth herein as it relates to me, and are offered in accordance with the Court's Order to File Supplemental Declarations on April 15, 2016.

2. I, Timothy Flynn, live in St. Louis, Missouri.

3. I have a Bachelor of Arts Degree in political theory from Georgetown University.

4. I am a web developer and run a personality test website.

5. I have been investing in the securities markets for around ten years. Generally, I engage in long-term investing with a focus on high growth technology companies. Due to my prior experience and substantial losses of more than one million dollars stemming from my investments in Fitbit securities, I am substantially motivated and believe that I can adequately represent the interests of the class.

6. Because of the magnitude of my losses from investing in Fitbit during the class period, upon learning about the initiation of this Action, I reached out to proposed Co-Lead Counsel to discuss my rights and options related to this litigation. After multiple communications, I expressed my interest to serve as lead plaintiff, either individually or as part of a group of investors, in this matter to proposed Co-Lead Counsel. Through proposed Co-Lead Counsel, I was introduced to other similarly situated investors with losses in Fitbit similar to my own. At the time of the filing of our motion, I was aware of and agreed to move as part of the lead plaintiff group. I am confident that, having spoken and interacted with the other members of the Fitbit Investor Group, that we will be able to function cohesively and effectively oversee proposed Co-Lead Counsel and this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of April, 2016 in St. Louis, Missouri.

_____
Timothy Flynn