1  JORDAN ETH (BAR NO. 121617)
   Email:  JEth@mofo.com
2  ANNA ERICKSON WHITE (BAR NO. 161385)
   Email:  AWhite@mofo.com
3  RYAN M. KEATS (BAR NO. 296463)
   Email:  RKeats@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:    415.268.7000
6  Facsimile:    415.268.7522

7  Attorneys for Defendants
   FITBIT, INC., JAMES PARK,
8  and WILLIAM R. ZERELLA

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  BRIAN H. ROBB, Individually and on Behalf        No. 3:16-cv-00151-SI
    of All Others Similarly Situated,
15                                                   STIPULATION AND [PROPOSED]
                          Plaintiff,                 SCHEDULING ORDER
16
            v.                                       JUDGE:    Hon. Susan Illston
17                                                   CTRM:     1 – 17th Floor
    FITBIT INC., JAMES PARK, and
18  WILLIAM R. ZERELLA,

19                        Defendants.

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-12, Defendants Fitbit Inc., James Park, and William R.

2    Zerella ("Defendants") and Plaintiff Brian H. Robb ("Plaintiff" and collectively, with Defendants,

3    the "Parties"), by and through their undersigned counsel of record, submit the following

4    stipulation and proposed scheduling order:

5    WHEREAS, the Court scheduled a Case Management Conference ("CMC") in this Action

6    for April 15, 2016 at 2:30 p.m. (Dkt. No. 5);

7    WHEREAS, on April 11, 2016, the Court entered an order (Dkt. No. 54) approving the

8    Parties' joint stipulation extending Defendants' time to respond to the complaint, which provided

9    that "Within 10 (ten) days after this Court appoints a Lead Plaintiff, the Lead Plaintiff and

10   Defendants will submit to the Court a proposed schedule for (1) Lead Plaintiff's filing of an

11   Amended Complaint or designation of the Complaint as the operative complaint in this action;

12   and (2) Defendants' time to answer or otherwise respond to the operative complaint."  (Dkt. No.

13   50);

14   WHEREAS, on April 12, 2016, the Parties submitted a joint stipulation requesting that the

15   April 15, 2016 CMC be rescheduled to June 3, 2016 at 2:30 p.m., or a subsequent date convenient

16   for the Court (Dkt. No. 56);

17   WHEREAS, on April 14, 2016, the Court entered an order approving the Parties'

18   April 12, 2016 stipulation and rescheduled the CMC to June 10, 2016 at 2:30 p.m. (Dkt. No. 57);

19   WHEREAS, on April 15, 2016, the Court held a hearing on motions to appoint lead

20   plaintiff and lead counsel.  (Dkt. No. 60);

21   WHEREAS, on April 19, 2016, the Court advanced the CMC scheduled for June 10, 2016

22   to June 9, 2016 at 2:30 p.m.  (Dkt. No. 63);

23   WHEREAS, on May 10, 2016, the Court issued a written order granting Fitbit Investor

24   Group's motion for appointment of lead plaintiff and granting its motion for appointment of

25   Pomerantz LLP and Glancy Prongay & Murray LLP as co-lead counsel.  (Dkt No. 73);

26   WHEREAS, the parties have met and conferred and agreed that given the parties'

27   schedules and the complexity of this securities action, that approximately 45 days should be

28

1   afforded to file an amended complaint and approximately 30 days should be afforded to respond

2   to that complaint.

3        WHEREAS, the Parties believe it would save judicial and Party resources if the CMC is

4   deferred until after the Court rules on Defendants' anticipated motion to dismiss;

5        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

6   the undersigned Parties that:

7        1.    Lead Plaintiff shall file an amended complaint no later than July 1, 2016;

8        2.    Defendants' motion to dismiss the amended complaint shall be filed on or before

9   July 29, 2016.

10        3.    The CMC shall be rescheduled to October 14, 2016 at 2:30 p.m., or such

11   subsequent date that is convenient for the Court.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated: May 20, 2016

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

POMERANTZ  LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (*Pro Hac Vice*)
J. Alexander Hood II (*Pro Hac Vice*)
Marc C. Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: 212-661-1100
Facsimile:  212-661-8665

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:     (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312-377-1181
Facsimile:  312-377-1184

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (SBN #134180)
Robert V. Prongay (SBN #270796)
Casey E. Sadler (SBN #274241)
Lesley F. Portnoy (SBN #304851)
Leanne H. Solish (SBN #280297)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

**MORRISON & FOERSTER LLP**

*/s/ Ryan M. Keats*
Jordan Eth
Anna Erickson White
Ryan M. Keats
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile:  415-268-7522

*Counsel for Defendants*
FITBIT INC., JAMES PARK,
and WILLIAM R. ZERELLA

1

## **ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED:

3      1.      Lead Plaintiff shall file an amended complaint no later than July 1, 2016;

4      2.      Defendants' motion to dismiss the amended complaint shall be filed on or before

5  July 29, 2016.

6      3.      The CMC shall be rescheduled to October 14, 2016 at 2:30 p.m.

7

8  DATED: _____5/25/16_____      _____

                                              Honorable Judge Susan Illston

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **<u>ATTESTATION</u>**

I, Ryan M. Keats, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] SCHEDULING ORDER**.  In compliance with Civil L.R. 5-1, I hereby attest that Jeremy A. Lieberman concurred in this filing.

_____/s/ Ryan M. Keats_____