1   JORDAN ETH (CA SBN 121617)
    JEth@mofo.com
2   ANNA ERICKSON WHITE (CA SBN 161385)
    AWhite@mofo.com
3   RYAN M. KEATS (CA SBN 296463)
    RKeats@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendants
    FITBIT INC., JAMES PARK, WILLIAM R. ZERELLA,
8   ERIC N. FRIEDMAN, JONATHAN D. CALLAGHAN,
    STEVEN MURRAY, and CHRISTOPHER PAISLEY
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| 14 | BRIAN H. ROBB, Individually and an Behalf of All Others Similarly Situated, | Case No. 3:16-CV-00151-SI |
|---|---|---|
| 15 | | CLASS ACTION |
| 16 | Plaintiffs, | |
| 17 | v. | STIPULATION AND [PROPOSED] SCHEDULING ORDER |
| 18 | FITBIT INC., JAMES PARK, WILLIAM R. ZERELLA, ERIC N. FRIEDMAN, JONATHAN D. CALLAGHAN, STEVEN | |
| 19 | MURRAY, CHRISTOPHER PAISLEY, MORGAN STANLEY & CO., LLC, | |
| 20 | DEUTSCHE BANK SECURITIES INC., and MERRILL LYNCH, PIERCE, FENNER & | |
| 21 | SMITH, INC., | |
| 22 | Defendants. | |

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER
No. 3:16-cv-00151-SI
  sf-3692799

1    Pursuant to Civil Local Rule 7-12, Defendants Fitbit Inc., James Park, William R. Zerella

2    (the "Original Defendants"), Eric N. Friedman, Jonathan D. Callaghan, Steven Murray, and

3    Christopher Paisley (together with the Original Defendants, the "Fitbit Defendants"), Morgan

4    Stanley & Co. LLC, Deutsche Bank Securities Inc., and Merrill Lynch, Pierce, Fenner & Smith

5    Incorporated (the "Underwriter Defendants" and together with the Fitbit Defendants,

6    "Defendants") and Lead Plaintiff the Fitbit Investor Group ("Lead Plaintiff" and together, with

7    Defendants, the "Parties"), by and through their undersigned counsel of record, submit the

8    following stipulation and proposed scheduling order:

9    WHEREAS, the Court scheduled a Case Management Conference ("CMC") in this Action

10   for April 15, 2016 at 2:30 p.m. (Dkt. No. 5);

11   WHEREAS, on April 11, 2016, the Court entered an order approving the Original

12   Defendants' and Plaintiff Brian H. Robb's ("Plaintiff") joint stipulation extending Defendants'

13   time to respond to the complaint, which provided that "Within 10 (ten) days after this Court

14   appoints a Lead Plaintiff, the Lead Plaintiff and Defendants will submit to the Court a proposed

15   schedule for (1) Lead Plaintiff's filing of an Amended Complaint or designation of the Complaint

16   as the operative complaint in this action; and (2) Defendants' time to answer or otherwise respond

17   to the operative complaint." (Dkt. No. 54);

18   WHEREAS, on April 12, 2016, the Original Defendants and Plaintiff submitted a joint

19   stipulation requesting that the April 15, 2016 CMC be rescheduled to June 3, 2016, at 2:30 p.m.,

20   or a subsequent date convenient for the Court (Dkt. No. 56);

21   WHEREAS, on April 14, 2016, the Court entered an order approving the April 12, 2016

22   stipulation and rescheduled the CMC to June 10, 2016, at 2:30 p.m. (Dkt. No. 57);

23   WHEREAS, on April 15, 2016, the Court held a hearing on motions to appoint lead

24   plaintiff and lead counsel (Dkt. No. 60);

25   WHEREAS, on April 19, 2016, the Court advanced the CMC scheduled for June 10, 2016

26   to June 9, 2016, at 2:30 p.m. (Dkt. No. 63);

27

28

1    WHEREAS, on May 10, 2016, the Court issued a written order granting the Fitbit

2   Investor Group's motion for appointment of lead plaintiff and granting its motion for appointment

3   of Pomerantz LLP and Glancy Prongay & Murray LLP as co-lead counsel (Dkt No. 73);

4    WHEREAS, on June 1, 2016, the Court issued an order approving the Original

5   Defendants' and Plaintiff's Stipulation and Scheduling Order setting the deadline for Lead

6   Plaintiff to file an amended complaint on July 1, 2016, setting the deadline for Defendants to file

7   a motion to dismiss the amended complaint on or before July 29, 2016, and rescheduling the

8   CMC to October 14, 2016 (Dkt. No. 79);

9    WHEREAS, on July 1, 2016, Lead Plaintiff filed an Amended Complaint For Violations

10  of the Federal Securities Laws (the "Amended Complaint") (Dkt. No. 89);

11    WHEREAS, on July 29, 2016, the Fitbit Defendants filed a motion to dismiss the

12  Amended Complaint (Dkt. No. 107) and noticed the motion for hearing on September 30, 2016 at

13  9:00 a.m.;

14    WHEREAS, pursuant to stipulation (Dkt. No. 106), on August 5, 2016, the Underwriter

15  Defendants filed a motion to dismiss the Amended Complaint (Dkt. No. 110);

16    WHEREAS, on August 25, 2016, the Court issued an order approving the Parties'

17  Stipulation and Scheduling Order setting the deadline for Lead Plaintiff to file an opposition to

18  Defendants' motions to dismiss on or before August 26, 2016, setting the deadline for Defendants

19  to file reply briefs in support of their motions to dismiss on or before September 16, 2016, and

20  rescheduling the CMC to December 9, 2016 (Dkt. No. 114);

21    WHEREAS, on August 26, 2016, Lead Plaintiff filed its Omnibus Opposition to

22  Defendants' Motions to Dismiss (Dkt. No. 115);

23    WHEREAS, counsel for Lead Plaintiff has a scheduling conflict on September 30, 2016

24  and requested that the Parties agree to reset the hearing on Defendants' motions to dismiss;

25    WHEREAS, the Parties have met and conferred regarding resetting the hearing on

26  Defendants' motions to dismiss and the deadline for Defendants' replies;

27    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between

28  the undersigned Parties that:

STIPULATION AND [PROPOSED] SCHEDULING ORDER
No. 3:16-cv-00151-SI
  sf-3692799

1      1.  Defendants shall file their replies in support of their motions to dismiss the

2    Amended Complaint on or before September 23, 2016; and

3      2.  The hearing on Defendants' motions to dismiss shall be reset to October 28, 2016

4    at 9:00 a.m.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER
No. 3:16-cv-00151-SI
sf-3692799

3

| | |
|---|---|
| 1 | Dated: September 15, 2016 |

**POMERANTZ  LLP**

*/s/Murielle J. Steven Walsh*

Jeremy A. Lieberman (*Pro Hac Vice*)
Murielle J. Steven Walsh (*Pro Hac Vice*)
Aatif Iqbal (*Pro Hac Vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665

Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:     (818) 532-6499
E-mail: jpafiti@pomlaw.com

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (SBN #134180)
Robert V. Prongay (SBN #270796)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

Dated: September 15, 2016

**MORRISON & FOERSTER LLP**

*/s/ Ryan M. Keats*

Jordan Eth
Anna Erickson White
Ryan M. Keats
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

*Counsel for Defendants*
*Fitbit Inc., James Park, William R. Zerella*
*Eric N. Friedman, Jonathan D. Callaghan*
*Steven Murray and Christopher Paisley*

STIPULATION AND [PROPOSED] SCHEDULING ORDER
No. 3:16-cv-00151-SI
sf-3692799

4

| 1 | Dated: September 15, 2016 | **O'MELVENY & MYERS LLP** |
|---|---|---|

2

*/s/ Jonathan Rosenberg*

Matthew D. Powers (SBN #212682)

3    Two Embarcadero Center
     San Francisco, CA 94111

4    Telephone: (415) 984-8700
     Facsimile: (415) 984-8701

5    mpowers@omm.com

6    Jonathan Rosenberg (*Pro Hac Vice*)
     William J. Sushon (*Pro Hac Vice*)

7    Seven Times Square
     New York, NY 10036

8    Telephone: (212) 326-2000
     Facsimile: (212) 326-2061

9    jrosenberg@omm.com
     wsushon@omm.com

10

     *Counsel for Defendants Morgan Stanley &*
11   *Co. LLC, Deutsche Bank Securities Inc., and*
     *Merrill Lynch, Pierce, Fenner & Smith*
12   *Incorporated*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER
No. 3:16-cv-00151-SI
sf-3692799

5

1

**ORDER**

2          1.      Defendants shall file their replies in support of their motions to dismiss the

3    Amended Complaint on or before September 23, 2016; and

4          2.      The hearing on Defendants' motions to dismiss shall be reset to October 28, 2016

5    at 9:00 a.m.

6

7    DATED:        9/15/16

                                                    The Honorable Susan Illston
8                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER
No. 3:16-cv-00151-SI
sf-3692799

6

1

**ATTESTATION**

2          I, Ryan M. Keats, am the ECF User whose ID and password are being used to file this

3   **STIPULATION AND [PROPOSED] SCHEDULING ORDER**.  In compliance with Civil L.R.

4   5-1, I hereby attest that Murielle J. Steven Walsh and Jonathan Rosenberg concurred in this filing.

5                                                    /s/ Ryan M. Keats

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28