JORDAN ETH (Bar No. 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (Bar No. 161385)
AWhite@mofo.com
PHILIP T. BESIROF (Bar No. 185053)
PBesirof@mofo.com
RYAN M. KEATS (Bar No. 296463)
RKeats@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
FITBIT INC., JAMES PARK, WILLIAM R. ZERELLA,
ERIC N. FRIEDMAN, JONATHAN D. CALLAGHAN,
STEVEN MURRAY, and CHRISTOPHER PAISLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN H. ROBB, Individually and an Behalf of All Others Similarly Situated, | Case No. 3:16-CV-00151-SI |
| Plaintiffs, | CLASS ACTION |
| v. | **STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER** |
| FITBIT INC., JAMES PARK, WILLIAM R. ZERELLA, ERIC N. FRIEDMAN, JONATHAN D. CALLAGHAN, STEVEN MURRAY, CHRISTOPHER PAISLEY, MORGAN STANLEY & CO., LLC, DEUTSCHE BANK SECURITIES INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-12, Defendants Fitbit Inc., James Park, William R. Zerella, Eric N. Friedman, Jonathan D. Callaghan, Steven Murray, and Christopher Paisley (the "Fitbit Defendants"), Morgan Stanley & Co. LLC, Deutsche Bank Securities Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated (the "Underwriter Defendants" and together with the Fitbit Defendants, "Defendants") and Lead Plaintiff the Fitbit Investor Group ("Lead Plaintiff" and together, with Defendants, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, On December 9, 2016, the Court held an initial case management conference and scheduled a further case management conference for February 23, 2017 at 4:00 p.m. (Dkt No. 139);

WHEREAS, the Parties are meeting and conferring about discovery issues, including the scope of an appropriate protective order, the development of an e-discovery protocol, and the scope of document discovery;

WHEREAS, a hearing on Lead Plaintiff's anticipated motion for class certification is scheduled for May 12, 2017 (Dkt No. 139);

WHEREAS, the Parties believe it would save judicial and Party resources if the further case management conference were continued until after the Parties have engaged in further meet and confers about the scope and terms of discovery and until after briefing on Lead Plaintiff's motion for class certification;

WHEREAS, the Court has previously indicated a willingness to accommodate counsel for Lead Plaintiff's request that further case management conferences be held on Thursdays, rather than Fridays, to accommodate travel from the East Coast;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Parties that:

1. The case management conference scheduled for February 23, 2017 at 4:00 p.m. shall be reset to April 27, 2017 at 4:00 p.m., or such subsequent date and time that is convenient for the Court.

| | |
|---|---|
| Dated: February 16, 2017 | **POMERANTZ LLP**<br><br>*/s/Murielle J. Steven Walsh*<br>Jeremy A. Lieberman (*Pro Hac Vice*)<br>Murielle J. Steven Walsh (*Pro Hac Vice*)<br>Aatif Iqbal (*Pro Hac Vice*)<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (212) 661-8665<br><br>Jennifer Pafiti (SBN 282790)<br>468 North Camden Drive<br>Beverly Hills, CA 90210<br>Telephone:    (818) 532-6499<br>E-mail: jpafiti@pomlaw.com<br><br>Patrick V. Dahlstrom<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>Telephone: (312) 377-1181<br>Facsimile: (312) 377-1184<br><br>**GLANCY PRONGAY & MURRAY LLP**<br><br>Brian P. Murray (*pro hac vice*)<br>Garth A. Spencer (*pro hac vice*)<br>122 E. 42nd Street, Suite 2920<br>New York, New York 10168<br>Telephone: (212) 682-5340<br>Facsimile: (212) 884-0988<br>Email: bmurray@glancylaw.com<br>gspencer@glancylaw.com<br><br>Lionel Z. Glancy (SBN #134180)<br>Robert V. Prongay (SBN #270796)<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: rprongay@glancylaw.com<br><br>*Co-Lead Counsel for Plaintiffs* |

| | | |
|---|---|---|
| 1 | Dated: February 16, 2017 | **MORRISON & FOERSTER LLP** |
| 2 | | */s/ Ryan M. Keats* |
| 3 | | Jordan Eth<br>Anna Erickson White |
| 4 | | Philip T. Besirof<br>Ryan M. Keats |
| 5 | | 425 Market Street<br>San Francisco, CA 94105 |
| 6 | | Telephone: (415) 268-7000<br>Facsimile:  (415) 268-7522 |
| 7 | | *Counsel for Defendants* |
| 8 | | *Fitbit Inc., James Park, William R. Zerella*<br>*Eric N. Friedman, Jonathan D. Callaghan* |
| 9 | | *Steven Murray and Christopher Paisley* |
| 10 | Dated: February 16, 2017 | **O'MELVENY & MYERS LLP** |
| 11 | | */s/ Jonathan Rosenberg* |
| 12 | | Matthew D. Powers (SBN #212682)<br>Two Embarcadero Center |
| 13 | | San Francisco, CA 94111<br>Telephone: (415) 984-8700 |
| 14 | | Facsimile: (415) 984-8701<br>mpowers@omm.com |
| 15 | | Jonathan Rosenberg (*Pro Hac Vice*) |
| 16 | | William J. Sushon (*Pro Hac Vice*)<br>Seven Times Square |
| 17 | | New York, NY 10036<br>Telephone: (212) 326-2000 |
| 18 | | Facsimile: (212) 326-2061<br>jrosenberg@omm.com |
| 19 | | wsushon@omm.com |
| 20 | | *Counsel for Defendants Morgan Stanley &*<br>*Co. LLC, Deutsche Bank Securities Inc., and* |
| 21 | | *Merrill Lynch, Pierce, Fenner & Smith*<br>*Incorporated* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ORDER**

1. The case management conference scheduled for February 23, 2017 at 4:00 p.m. shall be reset to April 27, 2017 at 4:00 p.m.

DATED: 2/17/17

The Honorable Susan Illston
United States District Judge

**ATTESTATION**

I, Ryan M. Keats, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] SCHEDULING ORDER**. In compliance with Civil L.R. 5-1, I hereby attest that Murielle J. Steven Walsh and Jonathan Rosenberg concurred in this filing.

/s/ Ryan M. Keats