United States District Court / Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN H. ROBB, ET AL., <br>     Plaintiffs, <br> v. <br> FITBIT INC., et al., <br>     Defendants. | Case No. 16-cv-00151-SI (SI) <br><br> **PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: May 31, 2017 at 3:30 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: April 30, 2018.

DESIGNATION OF EXPERTS: 5/4/18; REBUTTAL: 5/29/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 3, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 7, 2018;
    Opp. Due: October 12, 2018; Reply Due: November 2, 2018;
    and set for hearing no later than November 30, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: March 19, 2019 at 3:30 PM.

JURY TRIAL DATE: April 1, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall determine if they are going to participate in early mediation prior to the further case management conference set for 5/31/17.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 5/15/17

SUSAN ILLSTON
United States District Judge