UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN H. ROBB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FITBIT INC., et al.,<br><br>    Defendants. | Case No. 16-cv-00151-SI<br><br>**ORDER SETTING DEADLINE FOR OPPOSITION TO MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS** |

On April 29, 2019, class counsel in this securities litigation filed a motion for distribution of the class settlement funds. Docket No. 250. The Court has received no opposition to the motion to date, and class counsel represents in its papers that the motion is unopposed. The Court hereby notifies the parties and the class that if no opposition to the motion is filed by May 10, 2019, then the Court will deem the matter submitted on the papers and will issue its ruling without further hearing. In other words, **any opposition to the motion for distribution of the class settlement funds must be filed by May 10, 2019.**

Class counsel shall have a copy this Order posted to the settlement website as soon as practicable.

**IT IS SO ORDERED**.

Dated: May 3, 2019

_____
SUSAN ILLSTON
United States District Judge