1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    BRIAN H. ROBB, et al.,                    Case No.  16-cv-00151-SI
8                    Plaintiffs,
                                               **ORDER FOR CLASS COUNSEL TO**
9            v.                                **FILE POST-DISTRIBUTION**
                                               **ACCOUNTING**
10   FITBIT INC., et al.,
11                  Defendants.
12
13       Class counsel in this securities litigation filed a motion for distribution of the class settlement

14   funds, which the Court has approved.

15       As of November 1, 2018, the United States District Court for the Northern District of

16   California has published *Procedural Guidance for Class Action Settlement,* which can be found at

17   https://www.cand.uscourts.gov/ClassActionSettlementGuidance.   The guidance has instructions

18   regarding post-distribution accounting, due within 21 days after the distribution of the settlement

19   funds and payment of attorneys' fees.  Class counsel is hereby ORDERED to file a post-distribution

20   accounting at the appropriate time in accordance with the Northern District of California's

21   *Procedural Guidance for Class Action Settlements*.

22

23       **IT IS SO ORDERED**.

24   Dated:  May 16, 2019

25
                                               _____
26                                             SUSAN ILLSTON
                                               United States District Judge
27
28