DocuSign Envelope ID: 70F4852D-89DC-46BC-BA08-769F8D52984E

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN H. ROBB, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>FITBIT INC., JAMES PARK, WILLIAM R. ZERELLA, ERIC N. FRIEDMAN, JONATHAN D. CALLAGHAN, STEVEN MURRAY, CHRISTOPHER PAISLEY, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,<br><br>        Defendants. | No. 3:16-cv-00151-SI<br><br>**DECLARATION OF JOHN SUPERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR SUPPLEMENTAL DISTRIBUTION OF CLASS SETTLEMENT FUNDS** |

Pursuant to 28 U.S.C. §1746, I, John Superson, hereby declare as follows:

1.    I am over twenty-one years of age and I am fully competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration, and if called upon, could and would testify thereto.

2.    I am a Founder of Sumo Capital, LLC ("Sumo Capital"). I am authorized to act on behalf of Sumo Capital in this matter, and I make this declaration on behalf of Sumo Capital, in support of Plaintiffs' Motion for Supplemental Distribution of Class Settlement Funds.

3.    Sumo Capital retained Class Action Securities Services, LLC to assist it with monitoring securities class action settlements and submitting claims on behalf of Sumo Capital.

4.    In or about April 2018, Class Action Securities Services, LLC sent a claim on behalf of Sumo Capital via certified mail to the Settlement Administrator, Angeion Group, in connection with the Settlement in this litigation. To the best of my knowledge, that claim accurately set forth Sumo Capital's transactions in Fitbit Inc. securities during the Class Period.

DocuSign Envelope ID: 70F4852D-89DC-46BC-BA08-769F8D52984E

5. To the best of my knowledge, Sumo Capital is a member of the Class in this litigation and suffered substantial losses in connection with its transactions in Fitbit Inc. securities during the Class Period.

6. To date, Sumo Capital has not received any distribution from the settlement fund in this action.

7. Based on information from Class Counsel and the Settlement Administrator, it is my understanding that had Sumo Capital's claims been processed timely by the Settlement Administrator, Sumo Capital would have been entitled to a payment in excess of the current balance that is now remaining in the Net Settlement Fund.

8. I, on behalf of Sumo Capital, respectfully request that the Court grant Plaintiffs' Motion for Supplemental Distribution of Class Settlement Funds, and authorize distribution of the remaining balance of the Net Settlement Fund to Sumo Capital.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ___August 7___, 2020 at ___3:12 PM EST___.

DocuSigned by:

/s/ *John Superson*
84650257BA8041A

John Superson

DECLARATION OF JOHN SUPERSON

2