**GLANCY PRONGAY & MURRAY LLP**
Brian P. Murray (pro hac vice)
Garth A. Spencer (pro hac vice)
230 Park Ave., Suite 530
New York, New York 10169
Telephone:     (212) 682-5340
Facsimile:     (212) 884-0988
Email:         bmurray@glancylaw.com
               gspencer@glancylaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman (pro hac vice)
Murielle J. Steven Walsh (pro hac vice)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:     (212) 661-1100
Facsimile:     (917) 463-1044
Email:         jalieberman@pomlaw.com
               mjsteven@pomlaw.com

*Lead Counsel for Plaintiffs*
*[Additional counsel on signature page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN H. ROBB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FITBIT INC., JAMES PARK, WILLIAM R. ZERELLA, ERIC N. FRIEDMAN, JONATHAN D. CALLAGHAN, STEVEN MURRAY, CHRISTOPHER PAISLEY, MORGAN STANLEY & CO. LLC, DEUTSCHE BANK SECURITIES INC., and MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,<br><br>Defendants. | No. 3:16-cv-00151-SI<br><br>~~[PROPOSED]~~ **ORDER AUTHORIZING SUPPLEMENTAL DISTRIBUTION OF CLASS SETTLEMENT FUNDS** |

[PROPOSED] ORDER AUTHORIZING SUPPLEMENTAL DISTRIBUTION OF CLASS SETTLEMENT
FUNDS
1

WHEREAS, the Court having considered Plaintiffs' Motion for Supplemental Distribution of Class Settlement Funds, and all documents submitted in support thereof or in opposition thereto, and for good cause appearing,

NOW THEREFORE, IT IS HEREBY ORDERED:

1.    Plaintiffs' Motion for Supplemental Distribution of Class Settlement Funds is GRANTED.

2.    The Court authorizes re-issuance of checks to the five Settlement Class Members who recently contacted the Settlement Administrator regarding expired checks.

3.    The Court authorizes distribution of the remaining balance of the Net Settlement Fund to Sumo Capital, LLC.


IT IS SO ORDERED.

DATED: __September 4__, 2020    _____
Susan Illston
United States District Judge

[PROPOSED] ORDER AUTHORIZING SUPPLEMENTAL DISTRIBUTION OF CLASS SETTLEMENT FUNDS
2